UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                    Case No: 18-cr-20773

v.                                    Hon. Terrence G. Berg

ADAM EMERY DIMOND,

        Defendant.
_____/

**MOTION AND ORDER TO SEAL THE UNITED STATES'
EXHIBITS TO DEFENDANT'S MOTION FOR BOND**

      The United States of America, by its undersigned attorneys, respectfully requests that the United States' Exhibits D, E, G, H, and I to its response to defendant's motion for bond, be sealed until further order of the Court, because it contains sensitive and personal information about the defendant.

                                            Respectfully submitted,

                                            SAIMA S. MOHSIN
                                            Acting United States Attorney

                                            *s/Erin L. Ramamurthy*
                                            ERIN L. RAMAMURTHY
                                            Assistant United States Attorney
                                            211 West Fort, Suite 2001
                                            Detroit, Michigan 48226
                                            (313) 226-9788
                                            erin.ramamurthy@usdoj.gov

Date: December 13, 2021

**IT IS SO ORDERED.**

/s/Terrence G. Berg
HON. TERRENCE G. BERG
United States District Judge

Entered: December 14, 2021