| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 5594123 | DATE 12/05/2024 |
|---|---|---|---|---|
| **NAME** DIMOND, Adam Emery | | **OFFICER** Seth M. Martin | **JUDGE** Terrence G. Berg | **DOCKET #** 18-CR-20773-01 |

| ORIGINAL SENTENCE DATE 04/04/2023 | SUPERVISION TYPE Supervised Release | CRIMINAL HISTORY CATEGORY V | TOTAL OFFENSE LEVEL 27 | PHOTO |
|---|---|---|---|---|
| COMMENCED 03/08/2024 | | | | |
| EXPIRATION 03/07/2027 | | | | |
| **ASST. U.S. ATTORNEY** Erin Ramamurthy | | **DEFENSE ATTORNEY** To Be Determined | | |

**REPORT PURPOSE**

**TO ISSUE A WARRANT**

**ORIGINAL OFFENSE**

Count 1: 18 U.S.C. § 922(g)(1), Felon in Possession of Ammunition
Count 2: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm
Count 3: 18 U.S.C § 922(u), Theft of a Firearm from a Federally Licensed Firearms Dealer

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 72 months, per count, to be served concurrently, to be followed by a three-year term of supervised release, per count, to be served concurrently.

**ORIGINAL SPECIAL CONDITIONS**

1. You must submit to a psychological/psychiatric evaluation as directed by the probation officer.
2. You must submit to substance abuse testing to determine if you have used a prohibited substance.
3. You must participate in a substance abuse treatment program and follow the rules and regulations of that program. The probation officer in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).
4. You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).
5. You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. The probation officer may conduct a search under this condition only when

| PROB 12C (Rev. 08/18) | VIOLATION REPORT PART 1: PETITION FOR WARRANT | U. S. Probation Office Eastern District of Michigan | PACTS 5594123 | DATE 12/05/2024 |
|---|---|---|---|---|
| NAME DIMOND, Adam Emery | OFFICER Seth M. Martin | JUDGE Terrence G. Berg | | DOCKET # 18-CR-20773-01 |

reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

6. If the judgment imposes a financial penalty, you must pay the financial penalty in accordance with the Schedule of Payments sheet of this judgment. You must also notify the court of any changes in economic circumstances that might affect the ability to pay this financial penalty.

7. You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office.

8. You must not incur new credit charges or open additional lines of credit without the approval of the probation officer.

Criminal Monetary Penalties: Special Assessment $300.00 (Owes $275.00); Restitution $454.00

The probation officer believes that the offender has violated the following conditions of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition :** "YOU MUST NOT COMMITT ANOTHER FEDERAL, STATE OR LOCAL CRIME."<br><br>On November 9, 2024, Adam DIMOND was arrested by officers of the Ann Arbor (Michigan) Police Department (AAPD) for Domestic Violence. Officers were dispatched to 800 Fuller Street, Apartment 15, in Ann Arbor, Michigan, on the report of Domestic Violence. Upon arrival, Officers contacted the victim, Ashley Munoz. She stated that she and DIMOND had been involved in a relationship for the past five months. She stated that they got into a verbal altercation and had been drinking alcohol. She stated that the altercation escalated with DIMOND grabbing a glass bottle of vodka and stuck her in the head with it. Munoz stated that she used her fingers to scratch DIMOND in self-defense to stop any further injury. She then called the police. Officers observed DIMOND to have several injuries to his face, head, neck, back, and forearms. According to the arrest report, DIMOND initially was hesitant to provide a statement and stated some injuries were due to sexually related activities with Munoz. DIMOND as unable to provide specific times of the altercation. DIMOND eventually did state he was involved in an altercation with Munoz who caused his injuries. It should be noted that officers were unable to locate the glass vodka bottle that DIMOND allegedly struck Munoz with. DIMOND was placed under arrest for Domestic Violence and transported to the Washtenaw County Jail. On November 10, 2024, DIMOND was arraigned in 15th District Court, Ann Arbor and charged with Count 1, Assault with A Dangerous Weapon (Felonious Assault) and Count 2, Domestic Violence under Case Number 2024-24F5-5286-FY. DIMOND was released on a personal bond. |

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 5594123 | DATE 12/05/2024 |
|---|---|---|---|---|
| **NAME** DIMOND, Adam Emery | **OFFICER** Seth M. Martin | **JUDGE** Terrence G. Berg | | **DOCKET #** 18-CR-20773-01 |

| 2 | **Violation of Mandatory Condition :** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME." |
|---|---|
| | November 26, 2024, Adam DIMOND was arrested by officers of the Ann Arbor (Michigan) Police Department (AAPD).  Officers were dispatched to 800 Fuller Street, Apartment 15, in Ann Arbor, Michigan, on the report of a disorderly male and female that was a potential domestic assault.  Upon arrival, officers could hear arguing coming from the apartment.  AAPD officers made contact with DIMOND, Ashley Munoz and DIMOND's father, Richard Dimond.  According to the report.  DIMOND admitted that he had been drinking alcohol and he and MUNOZ got into an argument.  The argument woke up Richard Dimond who confronted DIMOND and Munoz. Dimond stated that Richard told him that Munoz had to leave.  DIMOND stated that upset him and caused him to argue with his father.  According to the report, Richard punched DIMOND in the face.  DIMOND then put Richard in a bear hug to stop the assault.  They fell to the ground and DIMOND stated that he was punched four more times. According, to Richard's statement to the officers, he tried to intervene in the argument between DIMOND and Munoz.  DIMOND then attacked him.  Richard stated that DIMOND pushed him back into his bedroom, jumped on top of him, and struck him repeatedly in the face/head with open hands and closed fists.  The officers placed DIMOND under arrest for Domestic Simple Assault.  DIMOND was also arrested based on the bond violation where he was ordered to have no contact with Munoz from the above list incident on November 9, 2024.  DIMOND was arraigned in 15th District Court, Ann Arbor on November 27, 2024.  He was charged with Misdemeanor Assault or Assault and Battery under Case Number 2024-24-0499-SM.  DIMOND is currently lodge in the Washtenaw County Jail. |

| I declare under penalty of perjury that the foregoing is true and correct. **PROBATION OFFICER** s/Seth M. Martin/djl/lnb 313-234-5456 | **DISTRIBUTION** Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** s/Warren L. Henson 810-341-7861 | **PROBATION ROUTING** Data Entry |

**THE COURT ORDERS:**

[ X ]   The issuance of a warrant

[  ]   Other


                                     s/Terrence G. Berg
                                   United States District Judge

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 5594123 | **DATE** 12/05/2024 |
|---|---|---|---|---|
| **NAME** DIMOND, Adam Emery | **OFFICER** Seth M. Martin | **JUDGE** Terrence G. Berg | | **DOCKET #** 18-CR-20773-01 |

12/13/2024

Date